UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No. 3:22-MJ-9 |
| ) | |
| TIFFIANI LYNN LOWRY, a/k/a ) | |
| TIFFIANI LYNN MASTER, a/k/a ) | |
| TIFFIANI LYNN ENLISH ) | |

**UNITED STATES' MOTION FOR RELEASE OF MATERIAL WITNESS**

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Kimberly L. Schultz, Assistant United States Attorney, to request the release of Tiffiani Lynn Lowry and in support states the following:

1. The Court granted the government's motion pursuant to 18 U.S.C. § 3144 that the Court order the arrest of Tiffiani Lynn Lowry, who is a material witness for the trial in *United States of America v. Donta Bridges*, 3:19-CR-102.

2. Ms. Lowry was located and arrested pursuant to the material witness warrant and is currently in custody in the St. Joseph County Jail.

3. Trial, which had been scheduled to begin February 14, 2022, has been continued and rescheduled to begin on June 6, 2022.

4. While Ms. Lowry is still a material witness in the trial, there is

currently not cause for the jail to continue holding her.

5. The government has had contact with Ms. Lowry and served her with a trial subpoena for the June 6, 2022, trial.

WHEREFORE, the United State respectfully requests this Court grant its motion and order the release of the material witness, which order will be served contemporaneously with a trial subpoena.

Dated: February 15, 2022

    Respectfully submitted,

    CLIFFORD D. JOHNSON
    UNITED STATES ATTORNEY


By: *s/ Kimberly L. Schultz*
    Kimberly L. Schultz
    Assistant United States Attorney
    Northern District of Indiana
    South Bend, Indiana
    Phone: (574) 236-8287
    Email: kimberly.schultz@usdoj.gov